Case 3:23-cv-00086-MMD-CLB   Document 3   Filed 03/07/23   Page 1 of 2
Case 3:23-cv-00086-MMD-CLB   Document 6   Filed 03/09/23   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| GLOCK, INC. <br><br> *Plaintiff(s)* <br> v. <br><br> POLYMER80, INC. <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-00086-MMD-CLB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Polymer80, Inc.
134 Lakes Boulevard
Dayton, Nevada 89403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Francis, Esq.
Arthur A. Zorio, Esq.
Brownstein Hyatt Farber Schreck, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: March 7, 2023

CLERK OF COURT

*(signature)*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Polymer80, Inc.**
was received by me on *(date)* **03/07/2023**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Cindy Weintritt, Receptionist**, who is designated by law to accept service of process on behalf of *(name of organization)* **Gunerson Law Firm** on *(date)* **03/07/2023**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **0.00** for travel and $ **80.00** for services, for a total of $ **80.00**.

I declare under penalty of perjury that this information is true.

Date: **03/07/2023**

*Server's signature*

**Brandon Hoagland, Process Server #2602**
*Printed name and title*

C & H Couriers/Process Servers
301 Anderson Street
Carson City, NV 89701 (775) 219-2871
*Server's address*

Additional information regarding attempted service, etc: