Matthew D. Francis
Nevada Bar No. 6978
Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone: 775-324.4100
Facsimile: 775-333-8171
Email: mfrancis@bhfs.com
Email: azorio@bhfs.com

Eric G. Maurer (GA Bar # 478199)
(*pro hac vice to be submitted*)
Cynthia J. Lee (GA Bar # 442999)
(*pro hac vice to be submitted*)
THOMAS | HORSTEMEYER, LLP
3200 Windy Hill Road, Suite 1600E
Atlanta, Georgia 30339
Telephone: 770-933-9500
Fax: 770-951-0933
Email: e.maurer@thip.law
Email: c.lee@thip.law

John F. Renzulli (NY Bar # 1931476)
(Admitted *pro hac vice*)
Peter V. Malfa (NY Bar # 5224720)
(Admitted *pro hac vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, New York 10601
Telephone: 914-285-0700
Fax: 914-285-1213
Email: jrenzulli@renzullilaw.com
Email: pmalfa@renzullilaw.com

*Attorneys for Plaintiff GLOCK, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLOCK, INC. a Georgia corporation, | Case No.: 3:23-cv-00086-MMD-CLB |
| Plaintiff, | |
| v. | **NOTICE OF INTENT TO TAKE DEFAULT** |
| POLYMER80, INC., a Nevada corporation, | |
| Defendant. | |

TO: DEFENDANT POLYMER80, INC, a Nevada Corporation.

PLEASE TAKE NOTICE THAT Plaintiff GLOCK, Inc., intends to take a default pursuant to Rule 55(a), Federal Rules of Civil Procedure on April 3, 2023.

Defendant, Polymer80, Inc. was served with a copy of the Summons and Complaint on March 7, 2023. ECF No. 6 at 2. Twenty One days from the date of service was March 28, 2023. Defendant has failed timely to answer or file a motion under Rule 12 of the Federal Rules of Civil Procedure as instructed by the Summons. ECF No. 6. By serving this Notice of Intent to Take Default, Plaintiff is not waiving any objection or argument. All rights are reserved.

This 29th day of March, 2023.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Arthur A. Zorio*
Matthew D. Francis
Arthur A. Zorio
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone: 775-324-4100
Fax: 775-333-8171
Email: mfrancis@bhfs.com
Email: azorio@bhfs.com

Eric G. Maurer
(*pro hac vice to be submitted*)
Cynthia J. Lee
(*pro hac vice to be submitted*)
THOMAS | HORSTEMEYER, LLP
3200 Windy Hill Road, Suite 1600E
Atlanta, Georgia 30339
Telephone: 770-933-9500
Fax: 770-951-0933
Email: e.maurer@thip.law
Email: c.lee@thip.law

John F. Renzulli
(Admitted *pro hac vice*)
Peter V. Malfa
(Admitted *pro hac vice*)

- 1 -

RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, New York 10601
Telephone: 914-285-0700
Fax: 914-285-1213
Email: jrenzulli@renzullilaw.com
Email: pmalfa@renzullilaw.com

*Attorneys for Plaintiff GLOCK, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am a shareholder of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 29th day of March, 2023, I served the document entitled **NOTICE OF INTENT TO TAKE DEFAULT** on the parties listed below via the following:

☒ **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the below listed resident agent and attorney.

☐ **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed below.

☐ **VIA COURIER FOR PERSONAL DELIVERY:** by delivering a copy of the document to a courier service for personal hand-delivery to the below, whereby the courier signs a certificate specifying the date of actual hand-delivery.

☐ **VIA COURIER:** by delivering a copy of the document to a courier service for over-night delivery to the below parties.

☒ **VIA ELECTRONIC SERVICE:** as an attachment to electronic mail directed to counsel for Polymer80, Inc. at the email address listed below.

☐ **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF/eFlex system which served the following parties electronically:

Mark H. Gunderson, Esq.
Gunderson Law Firm
Resident Agent for Polymer80, Inc.
3895 Warren Way
Reno, NV 89509
Email: mgunderson@gundersonlaw.con

Robert Ryan, Esq.
Holland & Hart
5441 Kietzke Lane, Suite 200
Reno, NV 89511
Email: rcryan@hollandhart.com

                                                */s/ Arthur A. Zorio*
                                                Shareholder of Brownstein Hyatt Farber