# EXHIBIT 2

Declaration of Loran Kelly

Robert C. Ryan (Nevada Bar No. 7164)
Joshua M. Halen (Nevada Bar No. 13885)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
rcryan@hollandhart.com
jmhalen@hollandhart.com

*Attorneys for Defendant*

**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLOCK, INC., a Georgia Corporation, <br><br> Plaintiff, <br><br> v. <br><br> POLYMER80, INC., a Nevada Corporation, <br><br> Defendant. | **CASE NO.: 3:23-cv-00086-MMD-CLB** <br><br> **DECLARATION OF LORAN KELLEY IN SUPPORT OF POLYMER80'S REQEUST FOR EXTENSION OF TIME** |

I, Loran Kelley , declare as follows:

1. I am over 18 years of age and am familiar with matters herein of my knowledge except as to matters stated upon information and belief and as to those matters, I believe them to be true. If called as a witness, I would be competent to testify as to the matters stated in this Declaration.

2. I am the Chief Executive Officer for Defendant Polymer80, Inc. I have served in this role since 2021. My duties as CEO include managing the daily business of Polymer80 Inc. to include overseeing sales, marketing, operations, engineering, human resources, and legal activities.

3. This Declaration is made in support of Polymer80's Request for Extension of Time.

4. Polymer80 was previously involved in litigation with Plaintiff Glock, Inc., in the case of in *Polymer80, Inc. v. Glock, Inc.*, et al., Case No. 3:20-cv-00617-MMD-CLB. That prior case resulted in a settlement and was dismissed with prejudice. *See* Case No. 3:20-cv-00617-MMD-CLB (ECF Nos. 88, 90, 91).

5. I was unaware that Glock filed second suit until March 30, 2023, when Polymer80's registered agent, Mark Gunderson, Esq., and Robert C. Ryan, Esq., previous counsel for

1

Polymer80, received Glock's Notice of Intent to Take Default on March 29, 2023. I was provided the Notice of Intent to Take Default sent by Glock.

6. Since receiving the Notice of Intent to Take Default, I have investigated whether and when Mr. Gunderson was served with the Summons and Complaint in this suit. I have since learned that Mr. Gunderson's firm was served with the Summons and Complaint on March 7, 2023. After service, someone at Mr. Gunderson's law firm emailed and mailed me the Summons and Complaint.

7. As of the filing of this Declaration, I have not received the mailed copy of the Summons and Complaint from Mr. Gunderson's law firm.

8. While I first learned on Thursday of last week, March 30, 2023, that I did receive the email containing the Summons and Complaint when it was sent to me, I receive hundreds of emails a day and therefore did not earlier (that is, before March 30, 2023) notice the email when it came from Mr. Gunderson's firm.. Accordingly, I only became aware of the service of the Complaint in this matter after first learning, on March 30, 2023, of the Notice of Intent to Take Default sent by Glock's counsel to our counsel the day before. As soon as I learned that Polymer80's registered agent had been served, I commenced making arrangements for Polymer80 to retain counsel and to respond to the Complaint.

9. To my knowledge, no other person at Polymer80 was aware that Mr. Gunderson, as the registered agent, had been served with the Summons and Complaint until after Glock sent its Notice of Intent to Take Default on March 29, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed April 3, 2023.

Loran Kelly
Carson City, Nevada

21225262_v1

2