ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
Email: afulton@jfnvlaw.com
TOD R. DUBOW, ESQ.
Nevada Bar No. 7323
E-mail: tdubow@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone (702) 979-3565
Facsimile (702) 362-2060
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLOCK, INC. a Georgia corporation, | CASE NO.:   3:23-cv-00086 |
| Plaintiff, | DEPT. NO.: |
| vs. | |
| POLYMER80, INC., a Nevada corporation, | |
| Defendant. | |

## **NOTICE OF SUBSTITUTION OF ATTORNEY**

TO: All parties of interest and their attorneys of record.

PLEASE TAKE NOTICE that ADAM R. FULTON, ESQ. and TOD R. DUBOW, ESQ. of the law office of JENNINGS & FULTON, LTD., are hereby substituted as counsel of record for Defendant POLYMER80, INC. ("Defendant")

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

| | |
|---|---|
| Dated: April 11, 2023 | Dated: April 11, 2023 |
| **JENNINGS & FULTON, LTD.** | **HOLLAND & HART LLP** |
| By: /s/Adam R. Fulton, Esq | By:/s/ Robert C. Ryan, Esq. |
| Adam R. Fulton, Esq. | Robert C. Ryan, Esq. |
| Nevada Bar No. 11572 | Nevada Bar No. 7164 |
| afulton@jfnvlaw.com | rcryan@hollandhart.com |
| Tod R. Dubow | 5441 Kietzke Lane, 2nd Floor |
| Nevada Bar No. 7323 | Reno, NV 89511 |
| tdubow@jfnvlaw.com | Telephone: (775) 327-3000 |
| 2580 Sorrel Street | Facsimile:  (775) 786-6179 |
| Las Vegas, Nevada 89146 | |
| Telephone: (702) 979-3565 | |
| Facsimile:  (702) 362-2060 | |

I, Loran Kelley, President of POLYMER80, INC., do hereby consent to the substitution of JENNINGS & FULTON, LTD., as the attorneys of record in place and instead of the law firm of HOLLAND & HART LLP.

**POLYMER80, INC.**

/s/ _____

By: _____

Its: _____

**AFFIRMATION**

This document does not contain the personal information of any person as identified by NRS 603A.040.

DATED: April 11, 2023　　　　　　**JENNINGS & FULTON, LTD.**

　　　　　　　　　　　　　　By:　/s/ Adam R. Fulton, Esq.
　　　　　　　　　　　　　　　　ADAM R. FULTON, ESQ.
　　　　　　　　　　　　　　　　TOD R. DUBOW, ESQ.
　　　　　　　　　　　　　　　　*Attorneys for Defendant*

| | |
|---|---|
| Dated: April 10, 2023 | Dated: April 10, 2023 |
| **JENNINGS & FULTON, LTD.** | **HOLLAND & HART LLP** |
| By: */s/Adam R. Fulton, Esq* | By:*/s/*_____ |
| Adam R. Fulton, Esq. | Robert C. Ryan, Esq. |
| Nevada Bar No. 11572 | Nevada Bar No. XXXX |
| afulton@jfnvlaw.com | rcryan@hollandhart.com |
| Tod R. Dubow | 5441 Kietzke Lane, 2nd Floor |
| Nevada Bar No. 7323 | Reno, NV 89511 |
| tdubow@jfnvlaw.com | Telephone: (775) 327-3000 |
| 2580 Sorrel Street | Facsimile:  (775) 786-6179 |
| Las Vegas, Nevada 89146 | |
| Telephone: (702) 979-3565 | |
| Facsimile:  (702) 362-2060 | |

I, Loran Kelley, President of POLYMER80, INC., do hereby consent to the substitution of JENNINGS & FULTON, LTD., as the attorneys of record in place and instead of the law firm of HOLLAND & HART LLP.

**POLYMER80, INC.**

/s/ _____

By: ___Loran Kelley___

Its: ___President___

### **AFFIRMATION**

This document does not contain the personal information of any person as identified by NRS 603A.040.

DATED: April 10, 2023                **JENNINGS & FULTON, LTD.**

By:   */s/ Adam R. Fulton, Esq.*
ADAM R. FULTON, ESQ.
TOD R. DUBOW, ESQ.
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I hereby certify that I am an employee of JENNINGS & FULTON, LTD., and that on the 11th day of April 2023, I caused a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF ATTORNEY,** to be served to the following counsel or record and/or parties via U.S. mail addressed as follows:

Matthew D. Francis
Nevada Bar No. 6978
Arthur A. Zorio
Nevada Bar No. 6547
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone: 775-324.4100
Facsimile: 775-333-8171
Email: mfrancis@bhfs.com
Email: azorio@bhfs.com

Eric G. Maurer (GA Bar # 478199)
(*pro hac vice to be submitted*)
Cynthia J. Lee (GA Bar # 442999)
(*pro hac vice to be submitted*)
**THOMAS | HORSTEMEYER, LLP**
3200 Windy Hill Road, Suite 1600E
Atlanta, Georgia 30339
Telephone: 770-933-9500
Fax: 770-951-0933
Email: e.maurer@thip.law
Email: c.lee@thip.law

John F. Renzulli (NY Bar # 1931476)
(*pro hac vice to be submitted*)
Peter V. Malfa (NY Bar # 5224720)
(*pro hac vice to be submitted*)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, New York 10601
Telephone: 914-285-0700
Fax: 914-285-1213
Email: jrenzulli@renzullilaw.com
Email: pmalfa@renzullilaw.com

　　　　　　　　　　　　　　　　 */s/ Misty Janati*
　　　　　　　　　　　　　　　an employee of Jennings & Fulton, LTD.