ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
Email: afulton@jfnvlaw.com
TOD R. DUBOW, ESQ.
Nevada Bar No. 7323
E-mail: tdubow@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone (702) 979-3565
Facsimile (702) 362-2060
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOCK, INC. a Georgia corporation, | CASE NO.:   3:23-cv-00086 |
| Plaintiff, | DEPT. NO.: |
| vs. | **MOTION TO EXTEND TIME TO FILE REPLY BRIEF** |
| POLYMER80, INC., a Nevada corporation, | **(SECOND REQUEST)** |
| Defendant. | |

Pursuant to LR IA 6-1, Defendant POLYMER80, INC. ("Defendant"), by and through their counsel of record JENNINGS & FULTON, LTD., hereby requests a week extension to file a reply to Plaintiff's opposition to Defendant's Motion to Extend to time to file a responsive pleading.   The deadline for the reply brief is currently **April 11, 2023.** Defendant seeks an extension until **April 18, 2023.**

On April 3, 2023, Defendant filed a Motion to Extend Time to File a Responsive Pleading.  Plaintiff filed its opposition on April 4, 2023, making the reply due on April 11, 2023.  Concurrent with this motion, on April 11, 2023, Jennings & Fulton, LTD  filed a substitution of attorney replacing prior counsel as counsel of record.  Jennings & Fulton, LTD is new to the case and has no first-hand knowledge of the facts which transpired

-1-

previously. Accordingly, pursuant to LR IA 6-1, Defendant requests a short extension until **April 18, 2023** to get up to speed and file the reply.

RESPECTFULLY SUBMITTED,

DATED: April 11, 2023                                          **JENNINGS & FULTON, LTD.**

By:  */s/ Adam R. Fulton, Esq.*
ADAM R. FULTON, ESQ.
TOD R. DUBOW, ESQ.
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of JENNINGS & FULTON, LTD., and that on the 11th day of April 2023, I caused a true and correct copy of the foregoing **MOTION TO EXTEND TIME TO FILE REPLY BRIEF (SECOND REQUEST),** to be served by the Court's electronic filling and service system to all parties, as indicated below:

Matthew D. Francis
Nevada Bar No. 6978
Arthur A. Zorio
Nevada Bar No. 6547
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone: 775-324.4100
Email: mfrancis@bhfs.com
Email: azorio@bhfs.com

Eric G. Maurer (GA Bar # 478199)
(*pro hac vice to be submitted*)
Cynthia J. Lee (GA Bar # 442999)
(*pro hac vice to be submitted*)
**THOMAS | HORSTEMEYER, LLP**
3200 Windy Hill Road, Suite 1600E
Atlanta, Georgia 30339
Telephone: 770-933-9500
Email: e.maurer@thip.law
Email: c.lee@thip.law

John F. Renzulli (NY Bar # 1931476)
(*pro hac vice to be submitted*)
Peter V. Malfa (NY Bar # 5224720)
(*pro hac vice to be submitted*)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, New York 10601
Telephone: 914-285-0700
Email: jrenzulli@renzullilaw.com
Email: pmalfa@renzullilaw.com

                                    */s/ Misty Janati*
                               an employee of Jennings & Fulton, LTD.