ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
Email: afulton@jfnvlaw.com
TOD R. DUBOW, ESQ.
Nevada Bar No. 7323
E-mail: tdubow@jfnvlaw.com
JENNINGS & FULTON, LTD.
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone (702) 979-3565
Facsimile (702) 362-2060

*Attorneys for Defendant*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOCK, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLYMER80, INC., a Nevada Corporation,<br><br>Defendant. | **CASE NO.: 3:23-cv-00086-MMD-CLB**<br><br>**ORDER GRANTING STIPULATION TO STAY ALL DEADLINES FOR 30 DAYS FOR PURPOSE OF SETTLEMENT**<br>       **(First Request)**<br><br>**LR 7-1**<br>**LR 6-2** |

**WHEREAS,** subsequent to the filing of Defendant's answer (ECF No. 25), the Court Ordered the parties to file a Joint Case Management Report no later than **June 19, 2023** (ECF No. 27); and

**WHEREAS,** the parties have conferred and are currently in settlement discussions which could resolve the entire case; and

**WHEREAS,** the parties wish to reduce fees while they engage in settlement discussions for a limited time period of 30 days;

**WHEREFORE**, the parties, by and through their counsel of record, hereby stipulate as follows:

1. All deadlines in the case shall be stayed until **July 19, 2023**;

2. The Joint Case Management Report shall be filed no later than **July 19, 2023**;

1

**SO STIPULATED,**

DATED:  June 16, 2023

*/s/ John F. Renzulli, Esq.*
John F. Renzulli (NY Bar # 1931476)
(Admitted *pro hac vice*)
Peter V. Malfa (NY Bar # 5224720)
(Admitted *pro hac vice*)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, New York 10601
Telephone: 914-285-0700
Email: jrenzulli@renzullilaw.com
Email: pmalfa@renzullilaw.com

*Attorneys for Plaintiff*

DATED:  June 16, 2023

*/s/ Adam R. Fulton, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
Email: afulton@jfnvlaw.com
TOD R. DUBOW, ESQ.
Nevada Bar No. 7323
E-mail: tdubow@jfnvlaw.com
JENNINGS & FULTON, LTD.
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone (702) 979-3565
Facsimile (702) 362-2060

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** June 16, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**

2