**EXHIBIT B**

Terms to be Construed by the Court Pursuant to LPR 1-15(g)

| U.S. Patent No. 9,993,222 | |
|---|---|
| **Claim** | **Claim Language in the Patent with Terms and Phrases to be Construed in Bold** |
| 1 | A **pistol**, comprising: <br><br> a catch device for a sliding carriage of the **pistol**, <br><br> the catch device including a holding lever and a spring which attempts to pivot the holding lever, where the holding lever includes a spring end and a holding end; the spring end having an **upper claw** and a **lower claw** that are directed towards each other and the spring being a **compression spring** that is **pretensioned between the upper claw and the lower claw** of the holding lever; and <br><br> the holding lever is mounted pivotably in a housing of the **pistol**, in such a manner that a latch, which is formed on an upper side thereof directed towards the sliding carriage, passes out of a path of the sliding carriage, and a handle provided on the holding lever is pressed downwards, away from the sliding carriage, wherein a part of the holding lever projects into a path of movement of a magazine slide that is configured to urge cartridges within a magazine towards the sliding carriage, and is acted upon by said magazine slide, after a final cartridge of the magazine has been pushed in counter to a force of the spring, in such a manner that, during a return movement after said cartridge has been fired, the sliding carriage is caught by a recess on the latch and remains in a region of a rear end position thereof; wherein the **compression spring** is arranged in a slot of the housing and bears at a lower end thereof against a base of the slot and at an upper end thereof against the **upper claw**. |
| 2 | A **pistol** having a catch device to retain a sliding carriage of the **pistol**, the **pistol** comprising: <br><br> a holding lever having a first end and a second end; <br><br> wherein the first end includes a **lower claw** and an **upper claw** disposed in opposition to each other, and a **pretensioned compression spring disposed between and retained by the lower and upper opposed claws**; <br><br> wherein the second end includes a holding portion that comprises a latch disposed on an upper side of the holding portion, and a handle; <br><br> wherein the holding lever is pivotally mounted in a housing of the **pistol** so that the **compression spring** is disposed in a slot of the **pistol** housing, one end of the **compression spring** bears against a base of the slot, and the other end of the **compression spring** bears against the **upper claw**, thereby applying a bias to the |

|   | holding lever that urges the holding portion downwards and away from the sliding carriage, so that the latch is out of a path of the sliding carriage;<br><br>and wherein a part of the holding lever projects into a path of movement of a magazine slide of the **pistol**, wherein the magazine slide is configured to urge cartridges within a magazine towards the sliding carriage, and the holding lever is further configured such that after a final cartridge of the magazine has been urged towards the sliding carriage the magazine slide will act upon the holding lever to move the holding lever counter to the bias applied by the **compression spring**, so that after the final cartridge is fired and during the return movement of the sliding carriage, the latch is urged into a corresponding recess in the sliding carriage thereby retaining the sliding carriage in the sliding carriage's rearward position. |
|---|---|
| 3 | The **pistol** of claim 2, wherein the **compression spring** is a **helical compression spring**, and the **lower claw** and the **upper claw** comprise holding extensions that extend into an interior of the **helical compression spring** and thereby secure the spring. |
| 4 | The **pistol** of claim 2, wherein the holding lever is configured so that the sliding carriage is retained in the sliding carriage's rearward position until the handle of the holding lever is manually moved downwards, thereby releasing the sliding carriage |

NOTE:

- Terms/phrases proposed by both Parties in **green**
- Terms/phrases proposed only by Plaintiff GLOCK, Inc. in **blue**
- Terms/phrases proposed only by Defendant Polymer80, Inc. in **red**