Matthew D. Francis
Nevada Bar No. 6978
Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone: 775-324-4100
Fax: 775-333-8171
Email: mfrancis@bhfs.com
Email: azorio@bhfs.com

Eric G. Maurer (GA Bar # 478199)
(Admitted *pro hac vice*)
PERILLA KNOW & HILDEBRANDT LLP
5871 Glenridge Drive, Suite 350
Atlanta, Georgia 30328
Telephone: 770-927-7802
Fax: 877-389-6779
Email: e.maurer@pkhip.com

John F. Renzulli (NY Bar # 1931476)
(Admitted *pro hac vice*)
Peter V. Malfa (NY Bar # 5224720)
(Admitted *pro hac vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, New York 10601
Telephone: 914-285-0700
Fax: 914-285-1213
Email: jrenzulli@renzullilaw.com
Email: pmalfa@renzullilaw.com

*Attorneys for Plaintiff GLOCK, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOCK, INC., a Georgia corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>POLYMER80, INC., a Nevada corporation,<br><br>　　　　　Defendant. | Case No.: 3:23-cv-00086-MMD-CLB<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT POLYMER80, INC.'S MOTION TO WITHDRAW AS COUNSEL** |

25300618.1

Plaintiff GLOCK, INC. ("Glock") files this Response in *partial* opposition to Defendant POLYMER80, INC.'s ("Polymer80") Motion to Withdraw as Counsel [ECF No. 48] (the "Motion to Withdraw") for the reasons set forth below.

Glock does not oppose the ultimate relief sought in the Motion to Withdraw to the extent that counsel's withdrawal will not cause undue delay or adjournment of any deadlines set forth in the Discovery Plan and Scheduling Order [ECF No. 37], and the Markman/Claim Construction Hearing can proceed as scheduled by Chief Judge Du on February 22, 2024 at 10:00AM [ECF No. 45]. Accordingly, should the Court be inclined to grant the Motion to Withdraw, Glock respectfully requests that the Court issue an Order directing Polymer80 to secure replacement counsel by no later than January 12, 2024.

Dated: This 19th day of December, 2023.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Matthew D. Francis*
Matthew D. Francis
Arthur A. Zorio
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone: 775-324-4100
Fax:  775-333-8171
Email: mfrancis@bhfs.com
Email: azorio@bhfs.com

Eric G. Maurer
(Admitted *pro hac vice*)
PERILLA KNOW & HILDEBRANDT LLP
5871 Glenridge Drive, Suite 350
Atlanta, Georgia 30328
Telephone: 770-927-7802
Fax: 877-389-6779
Email: e.maurer@pkhip.com

John F. Renzulli
(Admitted *pro hac vice*)
Peter V. Malfa
(Admitted *pro hac vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005

White Plains, New York 10601
Telephone: 914-285-0700
Fax: 914-285-1213
Email: jrenzulli@renzullilaw.com
Email: pmalfa@renzullilaw.com

*Attorneys for Plaintiff GLOCK, Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 19th day of December, 2023, I served the document entitled, **PLAINTIFF'S RESPONSE TO DEFENDANT POLYMER80, INC.'S MOTION TO WITHDRAW AS COUNSEL**, on counsel of record through the CM/ECF system.

                                               /s/ *Jeff Tillison*
                                               Employee of Brownstein Hyatt Farber Schreck, LLP