UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GLOCK, INC.<br><br>                              Plaintiff,<br><br>    v.<br><br>POLYMER80, INC.,<br><br>                             Defendant. | Case No. 3:23-CV-00086-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 48] |

      Currently pending before the Court is Adam R. Fulton, Tod R. Dubrow, and the law firm of Jennings & Fulton, Ltd.'s ("Defense Counsel") motion to withdraw as counsel for Defendant Polymer80, Inc. ("Polymer80"). (ECF No. 48.) Defense Counsel certified the motion was served on Polymer80 by both U.S. Mail and email. (*Id*. at 6.) Plaintiff Glock, Inc. ("Glock") filed a response to the motion to withdraw indicating Glock does not oppose the motion but requests the Court order Defendant Polymer80 to obtain new counsel by no later than January 12, 2024. (ECF No. 49.) Defense Counsel replied, (ECF No. 50), requesting that Polymer80 be granted 20 days to obtain new counsel. Polymer80 did not file an objection or response to the motion. Good cause appearing, Defense Counsel's motion to withdraw as counsel, (ECF No. 48), is **GRANTED**.

      The Clerk shall update the docket to reflect the following address for Defendant Polymer80. In addition, a copy of this order and all documents hereafter filed shall be served on Polymer80 via regular mail at the following addresses:

    Polymer80, Inc.
    Attn: Loran Kelly, CEO and Dan McCalmon, Executive V.P.
    134 Lakes Blvd.
    Dayton, NV 89403

Polymer80 is advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.,* 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994). Therefore, Polymer80 shall file a substitution of counsel on or before **Friday, January 26, 2024.**

**IT IS SO ORDERED.**

**DATED**: December 29, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**