**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GLOCK, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br> POLYMER80, INC., <br><br>　　　　　　Defendant. | Case No. 3:23-CV-00086-MMD-CLB <br><br> **ORDER *SUA SPONTE* EXTENDING TIME TO FILE SUBSTITUTION OF COUNSEL** |

On December 29, 2023, the Court granted Defense Counsel's motion to withdraw as counsel and ordered Defendant Polymer80, Inc. to file a substitution of counsel on or before Friday, January 26, 2024. (ECF No. 51.) To date, a substitution of counsel has not been filed.

Polymer80, Inc. is again advised that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994).

**IT IS THEREFORE ORDERED** that Polymer80, Inc., shall have one final extension of time to **February 13, 2024** to file a substitution of counsel. If an appearance has not been entered by **February 13, 2024**, the Court will enter a Report and Recommendation recommending that Polymer80's answer, (ECF No. 25), be stricken and a default be entered against Polymer80, Inc. by reason of failure to "otherwise defend" this action. Fed. R. Civ. P. 55(a).

**IT IS SO ORDERED.**

**DATED**: January 30, 2024              .

_____
**UNITED STATES MAGISTRATE JUDGE**