UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| GLOCK, INC., | Case No. 3:23-cv-00086-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| POLYMER80, INC., | |
| Defendant. | |

Plaintiff Glock, Inc. sued Defendant Polymer80, Inc. for alleged patent infringement. (ECF No. 1.) Before the Court is United States Magistrate Judge Carla L. Baldwin's Report and Recommendation (ECF No. 55 ("R&R")), recommending that the Court strike Defendant's answer and enter a default against it because Defendant has not retained counsel after prior counsel was permitted to withdraw despite several orders to do so. Objections to the R&R were due February 29, 2024. (*Id.*) To date, no objections to the R&R have been filed. For this reason, and as further explained below, the Court adopts the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Baldwin's R&R is based on the well-settled principle that corporations may not proceed *pro se.* (ECF No. 55.) Judge Baldwin did not clearly err.

It is therefore ordered that the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 55) is accepted and adopted in full.

It is further ordered that Defendant's answer (ECF No. 25) is stricken.

It is further ordered that Defendant has defaulted by reason of its failure to "otherwise defend" this action under Fed. R. Civ. P. 55(a).

The Clerk of Court is directed to strike Defendant's answer (ECF No. 25) and enter Defendant's default.

It is further ordered that Plaintiff may file a motion for default judgment within 30 days of entry of this order.

DATED THIS 5th Day of March 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE