BRAD M. JOHNSTON, ESQ.
Nevada Bar No. 8515
AHall@SHJNevada.com
DUNCAN G. BURKE, ESQ.
Nevada Bar No. 13081
DBurke@SHJNevada.com
SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, Nevada 89447
Telephone: (775) 463-9500

*Attorneys for Defendant Polymer80, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GLOCK, INC., a Georgia corporation, | Case No.: 3:23-cv-00086-MMD-CLB |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| POLYMER80, INC., a Nevada corporation | |
| Defendant. | |

Please take notice that Brad M. Johnston and Duncan G. Burke, Esq. of SIMONS HALL JOHNSTON PC, make their appearance as counsel of record on behalf of Defendant Polymer80, Inc.

/ / /

/ / /

/ / /

1

Please add Brad M. Johnston and Duncan G. Burke as attorneys to be noticed on all matters at the following address:

Brad M. Johnston, Esq.
Duncan G. Burke, Esq.
Simons Hall Johnston PC
22 State Route 208
Yerington, Nevada 89447
Tel.: (775) 785-0088
bjohnston@shjnevada.com
dburke@shjnevada.com

DATED: March 14, 2024

SIMONS HALL JOHNSTON PC

 /s/ Duncan G. Burke
Brad M. Johnston, Esq.
Duncan G. Burke, Esq.
SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, Nevada 89447
bjohnston@shjnevada.com
dburke@shjnevada.com

*Attorneys for Defendant Polymer80, Inc.*

**PROOF OF SERVICE VIA ELECTRONIC SERVICE**

I, Terri Tribble, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC. My business address is 690 Sierra Rose Drive, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

On March 14, 2024, I served the foregoing **NOTICE OF APPEARANCE** by causing the document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br>Matthew D. Francis<br>Nev. Bar No. 6978<br>mfrancis@bhfs.com<br>Arthur A. Zorio<br>Nev. Bar No. 6547<br>azorio@bhfs.com<br>5520 Kietzke Lane, Suite 110<br>Reno, Nevada 89511 | **PERILLA KNOW & HILDEBRANDT LLP**<br>Eric G. Maurer (GA Bar # 478199) (Pro Hac Vice)<br>e.maurer@pkhip.com<br>5871 Glenridge Drive, Suite 350<br>Atlanta, Georgia 30328 |
| **RENZULLI LAW FIRM, LLP**<br>John F. Renzulli (NY Bar # 1931476) (Pro Hac Vice)<br>jrenzulli@renzullilaw.com<br>Peter V. Malfa (NY Bar # 5224720) (Pro Hac Vice)<br>pmalfa@renzullilaw.com<br>One North Broadway, Suite 1005<br>White Plains, New York 10601 | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 14, 2024.

/s/ Terri Tribble

Employee of Simons Hall Johnston PC