Matthew D. Francis
Nevada Bar No. 6978
Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone:  775-324-4100
Fax:  775-333-8171
Email:  mfrancis@bhfs.com
Email:  azorio@bhfs.com

Additional Attorney Listed on Signature Page

*Attorneys for Plaintiff GLOCK, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOCK, INC., a Georgia corporation, <br><br> Plaintiff, <br><br> v. <br><br> POLYMER80, INC., a Nevada corporation, <br><br> Defendant. | Case No.: 3:23-cv-00086-MMD-CLB <br><br> **STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to LR7-1, Plaintiff GLOCK, Inc. and Defendant Polymer80, Inc., through their undersigned attorneys of record, hereby stipulate, agree, and respectfully move the Court for approval and entry of the Consent Judgment and Permanent Injunction attached hereto as Exhibit A.

Dated: This 19th day of March, 2024.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

  /s/ *Matthew D. Francis*
Matthew D. Francis
Nevada Bar No. 6978
Arthur A. Zorio
Nevada Bar No. 6547
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
Telephone:  775-324-4100
Fax:  775-333-8171
Email:  mfrancis@bhfs.com
Email:  azorio@bhfs.com

SIMONS HALL JOHNSTON PC

  /s/ *Brad M. Johnston*
Brad M. Johnston
Nevada Bar No. 8515
Duncan G. Burke
Nevada Bar No. 13081
22 State Route 208
Yerington, Nevada 89447
Telephone: (775) 463-9500
Email:  AHall@SHJNevada.com
Email:  DBurke@SHJNevada.com

*Attorneys for Defendant Polymer80, Inc.*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Tel. 775-324-4100

Eric G. Maurer (GA Bar # 478199)
(Admitted *pro hac vice*)
PERILLA KNOW & HILDEBRANDT LLP
5871 Glenridge Drive, Suite 350
Atlanta, Georgia 30328
Telephone: 770-927-7802
Fax: 877-389-6779
Email: e.maurer@pkhip.com

John F. Renzulli (NY Bar # 1931476)
(Admitted *pro hac vice*)
Peter V. Malfa (NY Bar # 5224720)
(Admitted *pro hac vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, New York 10601
Telephone: 914-285-0700
Fax: 914-285-1213
Email: jrenzulli@renzullilaw.com
Email: pmalfa@renzullilaw.com

*Attorneys for Plaintiff GLOCK, Inc.*

**IT IS SO ORDERED**

_____

Hon. Miranda M. Du
CHIEF UNITED STATES DISTRICT JUDGE


Dated: _____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Tel. 775-324-4100

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

 Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 19th day of March, 2024, I served the document entitled, **STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION**, on counsel of record through the CM/ECF system.

     /s/ *Jeff Tillison*
     Employee of Brownstein Hyatt Farber
     Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Tel. 775-324-4100

- 2 -

### INDEX OF EXHIBITS

A.  Consent Judgment and Permanent Injunction                                    6  Pages